IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TYSON AND BILLY ARCHITECTS, PC | § § § | |
| Plaintiff, | § § | Civil Action No. 6:19-CV-0053-JDK-JDL |
| VS. | § § | |
| KINGDOM PERSEPECTIVES G.P., LTD JIM LAPORTE, and JONATHAN PINO | § § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Honorable Court and the U.S. District Clerk for the Eastern District of Texas, Tyler Division, and all parties and attorneys will please note that Stephen M. Spitzer is also appearing on behalf of Defendant, JONATHAN PINO, in this case. Stephen M. Spitzer will serve as Lead Counsel for said Defendant.

Respectfully submitted,

/s/ *Stephen M. Spitzer*
STEPHEN M. SPITZER
Lead Attorney
State Bar Card No. 18954850
sspitzer@rameyflock.com
ERIC KOLDER
State Bar Card No. 24083323
ekolder@rameyflock.com
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 404
Tyler, Texas 75702
(903) 597-3301
(903) 597-2413 (FAX)

ATTORNEYS FOR DEFENDANT
JONATHAN PINO

OF COUNSEL:

**RAMEY & FLOCK**
A Professional Corporation

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who has consented to electronic service on this March 4, 2019. Local Rule CV-5(a)(3)(A).

                                      /s/ *Stephen M. Spitzer*
                                      Stephen M. Spitzer