**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TYSON AND BILLY ARCHITECTS, PC,** | § § § | |
| **Plaintiff,** | § § | |
| V. | § § | Civil Action No. 6:19-cv-0053-JDK-JDL |
| **KINGDOM PERSPECTIVES G.P., LTD., JIM LAPORTE, and JONATHAN PINO,** | § § § § | |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Honorable Court and the U.S. District Clerk for the Eastern District of Texas, Tyler, Division, and all parties and attorneys will please note that Monique Hammond of Clint James, PC, is also appearing on behalf of Plaintiff, Tyson and Billy Architects, PC, in this case. Clint James will continue to serve as Lead Counsel for said Plaintiff.

Respectfully submitted,

CLINT JAMES, PC

By: /s/ Monique Hammond
Clint James, Lead Attorney
Texas Bar No. 24069988
Email: clint@clintjamespc.com
Monique Hammond
Texas Bar No. 24102221
Email: monique@clintjamespc.com
815 Rice Road
Tyler, TX 75703
Tel. (903) 579-0630
Fax. (903) 579-0640
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who has consented to electronic service on this March 4, 2019.  Local Rule CV-5(a)(3)(A).

      /s/ Monique Hammond
      Monique Hammond