**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **TYSON AND BILLY ARCHITECTS, PC**<br>    **Plaintiff,** | §<br>§<br>§ |
| | §    CIVIL NO. 6:19-CV-00053-JDK-JDL |
| **VS.** | §<br>§<br>§ |
| **KINGDOM PERSPECTIVES, G.P., LTD.**<br>**JIM LAPORTE and JONATHAN PINO,**<br>    **Defendants.** | §<br>§<br>§ |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S ORIGINAL COMPLAINT**

On this the _____ day of _____, 2019, came on for consideration Defendant's Motion to Dismiss Plaintiff's Original Complaint in the above-styled and numbered cause. The Court, after considering said Motion, announced that it was of the opinion that said Motion should be granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss Plaintiff's Original Complaint is hereby in all things GRANTED.