IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TYSON AND BILLY ARCHITECTS, PC | § § | |
|     Plaintiff, | § § | Civil Action No. 6:19-CV-0053-JDK-JDL |
| VS. | § § | |
| KINGDOM PERSEPECTIVES G.P., LTD JIM LAPORTE, and JONATHAN PINO | § § § | |

## NOTICE OF DEFENDANTS' INITIAL DISCLOSURES

Please take notice that Defendant Jonathan Pino has provided attorneys of record for all parties with Defendants' Initial Disclosure on April 4, 2019, in compliance with Rule 26 of the Federal Rules of Civil Procedure and the Court's Order.

                                                                /s/ *Eric Kolder*
                                                               STEPHEN M. SPITZER
                                                               State Bar No. 18954850
                                                               sspitzer@rameyflock.com
                                                               ERIC KOLDER
                                                               State Bar Card No. 24083323
                                                               ekolder@rameyflock.com
                                                               100 E. Ferguson, Suite 404
                                                               Tyler, Texas 75702
                                                               (903) 597-3301
                                                               (903) 597-2413 (FAX)

                                                               ATTORNEY FOR DEFENDANT
                                                               JONATHAN PINO

OF COUNSEL:

**RAMEY & FLOCK**
A Professional Corporation

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this April 4, 2019. Local Rule CV-5(a)(3)(A).

                                         /s/ *Eric Kolder*_____
                                         ERIC KOLDER