# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **TYSON AND BILLY ARCHITECTS, P.C.** | § § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 6:19-CV-53 (JDK/JDL) |
| **KINGDOM PERSPECTIVES G.P., LTD., ET AL.** | § § § | |
| Defendants | | |

## JOINT NOTICE OF AGREED MEDIATOR

Comes now, Plaintiff and Defendants, and file this joint notice of agreed mediator.

Subject to the Court's approval, the parties agree to mediate this cause before Mr. Donivan W. Flowers, of the Flowers Law Firm, P.C., 310 South Vine Avenue, Tyler, Texas 75702, 903-965-2000, donivan@flowers-law.com.

The parties request that the Court appoint Mr. Flowers as mediator.

Respectfully submitted,

By:  */s/ Allen F. Gardner*

Allen F. Gardner
State Bar No. 24043679
Allen Gardner Law, PLLC
609 S. Fannin
Tyler, Texas 75701
Telephone: (903) 944-7537
Facsimile: (903) 597-2224
allen@allengardnerlaw.com

Clint James
Texas Bar No. 24069988
Email: clint@clintjamespc.com

Monique Hammond
Texas Bar No. 24102221
Email: monique@clintjamespc.com
CLINT JAMES, PC
815 Rice Road
Tyler, TX 75703
Tel. (903) 579-0630
Fax. (903) 579-0640

**ATTORNEYS FOR PLAINTIFF**


/s/ *Eric Kolder*

STEPHEN M. SPITZER
State Bar No. 18954850
sspitzer@rameyflock.com
ERIC KOLDER
State Bar Card No. 24083323
ekolder@rameyflock.com
100 E. Ferguson, Suite 404
Tyler, Texas 75702
(903) 597-3301
(903) 597-2413 (FAX)

**ATTORNEYS FOR DEFENDANT JONATHAN PINO**


/s/ *William S. Hommel, Jr.*

William S. Hommel, Jr.
State Bar No. 09934250
HOMMEL LAW FIRM
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
(903) 596-7100
(469) 533-1618 Facsimile

**ATTORNEY FOR DEFENDANT KINGDOM PERSPECTIVES, G.P., LTD.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document has been served via electronic mail on all counsel of record who have consented to electronic service via electronic mail on April 8, 2019. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                              */s/ Allen F. Gardner*
                                              Allen F. Gardner