# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

**DATE:   April 11, 2019**

| | |
|---|---|
| **JUDGE:** | **REPORTER:** |
| **JOHN D. LOVE** | |

**LAW CLERK:   Jenna Gillingham**              **COURTROOM DEPUTY: Sharon Baum**

| | |
|---|---|
| **TYSON AND BILLY ARCHITECTS, PC**<br><br>**V**<br><br>**KINGDOM PERSPECTIVES G.P., LTD., ET AL.** | **CASE NO**: **6:19CV53**<br><br>**SCHEDULING CONFERENCE** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Clint James, Allen Gardner and Monique Hammond | Bill Hommel and Eric Kolder |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**  2:03                                          **ADJOURN:**   2:29

| TIME: | MINUTES: |
|---|---|
| 2:03 | Case called.   The parties announced they are here and ready.   Judge states we are here for a scheduling conference this afternoon.   Judge asks for some background on the case. |
| | Mr. Gardner begins recitation of case allegations. |
| 2:07 | Mr. Hommel responds. |
| 2:11 | Mr. Kolder responds. |
| | Judge asks Plaintiff about Mr. LaPorte. |
| 2:12 | Mr. James responds they will file for default. |
| | Mr. Kolder makes comments. |
| 2:13 | Mr. Gardner responds. |

| TIME: | MINUTES: |
|---|---|
| 2:16 | Judge turns to the foundational documents. |
| | Mr. Gardner responds they will file a jury demand. |
| | Judge states then your pretrial conference date will be March 26 at 9:30.   Judge next asks about the issue of consent. |
| | Mr. Gardner does consent.   Mr. Kolder has consented. |
| | Mr. Hommel will check with his client. |
| 2:19 | Judge asks about a mediation date. |
| | Mr. Gardner responds. |
| | Mr. Hommel responds. |
| | Judge sets mediation deadline for October 11, include that in your Docket Control Order.   Judge brings up the issue of default judgment on Mr. LaPorte.   Judge asks if there is anything from the Plaintiff that we need to cover. |
| 2:25 | Mr. Gardner responds. |
| 2:26 | Mr. Hommel brings up the issue of joinder. |
| | Mr. Gardner brings up ESI Order. |
| 2:28 | Judge instructs the parties to file the Docket Control Order by Monday. |
| | |
| | |
| | |
| | |
| | |
| | |