# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **TYSON AND BILLY ARCHITECTS, P.C.** § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| vs. § | CASE NO. 6:19-CV-53 (JDK/JDL) | |
| § | | |
| **KINGDOM PERSPECTIVES G.P., LTD.,** § | | |
| **ET AL.** § | | |
| § | | |
| Defendants | | |

## DISCOVERY ORDER

After review of the pleaded claims and defenses in this action and in furtherance of the management of the Court's docket under Fed. R. Civ. P. 16, the Court enters the following Discovery Order:

1. **Discovery Limitations.** Discovery is limited in this cause to the disclosures set forth in the Court's Docket Control Order, together with 25 interrogatories and 25 requests for admissions per side, except for requests for admissions concerning admissibility issues, which are not limited. Also permitted are the depositions of the parties, 20-hours per side of non-party oral depositions, depositions on written questions of custodians of business records for third parties, and depositions of each party's expert witnesses. Each side is limited to two testifying expert witnesses.

2. **Requests for Production.** The parties agree to produce relevant, responsive, non-privileged documents by April 4, 2019 as outlined in Local Rule CV-26(d). Because documents relevant to any claim or defense are to be produced pursuant to the Local Rules and the Court's Docket Control Order, requests for production are unnecessary. However, should a party believe that certain relevant documents have not been produced, that party may request said documents by letter. The Court will entertain a motion to compel documents without the necessity of a movant propounding formal requests for production.

3. **Emails**. The parties have agreed to produce relevant, non-privileged email communications.

4. **Discovery Conferences.** Within 72 hours of the Court setting any discovery motion for hearing, each party's lead trial counsel and local counsel shall meet

<u>and confer in person or by telephone in an effort to resolve the dispute without Court intervention. Counsel shall promptly notify the Court of the results of the meeting. Attendance by proxy is not permitted. Unless excused by the Court, lead counsel shall attend any discovery hearing set by the Court.</u>

**So ORDERED and SIGNED this 11th day of April, 2019.**

*[Signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

**Page 2**