# EXHIBIT "A"

Form dschntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

Case No.:  17−82636
Chapter:  7
Judge:  Thomas M. Lynch

In Re:

    Chad J Encheff
    630 Windsor Road
    Loves Park, IL 61111

Social Security / Individual Taxpayer ID No.:
    xxx−xx−3178

Employer Tax ID / Other nos.:

---

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On 10/3/2018 , the Court signed an order:

- ○ Vacating the Discharge
- ◉ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: October 3, 2018

                               Jeffrey P. Allsteadt , Clerk
                               United States Bankruptcy Court

014994

7770401500801 0

David H Carter
308 W. State St., Suite 215
Rockford, IL  61101

014994  14994 1 AB 0.405  75103  1 5  8654-1-14994

Kingdom Perspectives
P.O. Box 876
Canton, TX 75103-0876

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**http://bankruptcynotices.uscourts.gov**

014994        77704015008010