**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **TYSON AND BILLY ARCHITECTS, PC** § | |
| Plaintiff § | |
| § | |
| vs. § | **C.A. NO. 6:19-cv-00053** |
| § | **JURY TRIAL DEMANDED** |
| § | |
| **KINGDOM PERSPECTIVES, G.P., LTD.** § | |
| **JIM LAPORTE and JONATHAN PINO** § | |
| Defendant § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO SERVE THIRD PARTY COMPLAINT AGAINST CHAD ENCHEFF AND C&E GROUP GENERAL CONTRACTORS INC.**

On this the 30th day of April, 2019, came on for consideration the Unopposed Motion to extend deadline to serve third party complaint against Chad Encheff and C&E Group General Contractors Inc. in the above-styled and numbered cause. The Court, after considering said Motion, announced that it was of the opinion that said Motion should be granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Kingdom Perspectives is permitted thirty (30) days to effectuate service upon Chad Encheff and C&E Group, Inc. as Third Party Defendants in this action and for such other and further relief to which it is justly entitled. The deadline for Chad Encheff and C&E Group to be served is May 28, 2019.

**So ORDERED and SIGNED this 30th day of April, 2019.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE