AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

FILED
MAY 03 2019
Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| TYSON AND BILLY ARCHITECTS, PC <br><br> *Plaintiff(s)* <br> v. <br> KINGDOM PERSPECTIVES, G.P. LTD., <br> JIM LAPORTE AND JONATHAN PINO <br><br> *Defendant(s)* | Civil Action No. 6:19-CV-00053-JDK-JDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CHAD ENCHEFF
10560 FALLOW LANE
CONROE, TEXAS 77303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    WILLIAM S. HOMMEL, JR.
HOMMEL LAW FIRM
5620 OLD BULLARD ROAD, SUITE 115
TYLER, TEXAS 75703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    4/24/19           *David A. O'Poole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:19-cv-00053-JDK-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHAD ENCHEFF

was received by me on *(date)* 04/24/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I delivered a true copy of the Summons+ to CHAD ENCHEFF at 10560 Fallow Lane, Conroe, TX 77303 on April 29, 2019 at 2:31 p.m., by Certified Mail, return-receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/03/2019

*Server's signature*

Michael J. Collins Process Server PSC-359, expires 07/31/2020
*Printed name and title*

110 N College Ave #1002
Tyler, TX 75702

*Server's address*

Additional information regarding attempted service, etc:

+ ; and Complaint, having first endorsed theron date of delivery
Certified Mail Number 9414 7266 9904 2132 0675 84
PS Form 3811 and tracking information are attached

Add a tracking number

Showing: All



9414726699042132067581

**Delivered:**
CONROE, TX 77303 on April 29, 2019 at 2:31 pm

**Expected Delivery on:**
Monday, April 29, 2019 by 8:00pm

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 9590 9266 9904 2132 0675 84 | A. Signature ☐ Agent ☒ Addressee X [signature] <br> B. Received by (Printed Name) [signature]   C. Date of Delivery 4/29 <br> D. Is delivery address different from item 1? ☐ Yes ☐ No <br> If YES, enter delivery address below: |
| 1. Article Addressed to: <br> Chad Encheff <br> 10560 Fallow Lane <br> Conroe, TX 77303 | 3. Service Type: <br> ☒ Certified Mail <br> ☐ Certified Mail Restricted Delivery <br> Reference Information <br> B Hommel |
| 2. Certified Mail (Form 3800) Article Number <br> 9414 7266 9904 2132 0675 81 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

UPDATED 5/3/2019 11:51 AM