# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TYSON AND BILLY ARCHITECTS, PC, <br><br> Plaintiff, <br><br> v. <br><br> KINGDOM PERSPECTIVES G.P., LTD., JIM LAPORTE, and JONATHAN PINO, <br><br> Defendants. | § § § § § § § § § § § § § Case No. 6:19-CV-53-JDK-JDL |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On April 24, 2019, the Magistrate Judge issued a Report and Recommendation ("Report"), recommending that Defendant Kingdom Perspectives G.P., LTD.'s ("Kingdom Perspectives" or "Defendant") Motion to Dismiss Plaintiff Tyson and Billy Architects, PC's ("Tyson" or "Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) be denied. Docket No. 38. The Report informed the parties that "[a] party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen days after being served with a copy shall bar that party from de novo review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court." Docket No. 38 at 6 (citing *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)). The prescribed time period for objecting has passed, and no party has filed an objection to the Report. Indeed, Defendant filed its original answer in this matter on May 3, 2019. Docket No. 42. Therefore,

having reviewed the Report of the Magistrate Judge, the Court agrees with the findings and conclusions therein and **ADOPTS** the Report. Defendant's Motion to Dismiss (Docket No. 11) is **DENIED**.

So **ORDERED** and **SIGNED** this **15th** day of **May, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE