AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**FILED**

MAY 2 4 2019

Clerk, U.S. District Court
Texas Eastern

|  |  |
|---|---|
| TYSON AND BILLY ARCHITECTS, PC | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| KINGDOM PERSPECTIVES, G.P., LTD., JIM LAPORTE and JONATHAN PINO | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  6:19-CV-00053-JDK-JDL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JIM LAPORTE
> 2619 BRETTON ROAD
> WICHITA FALLAS, TX  76308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CLINT JAMES
> CLINT JAMES, PC
> 815 RICE ROAD
> TYLER, TX  75703
> clint@clintjamespc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   **4/29/19**

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   6:19-cv-00053-JDK-JDL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JIM LAPORTE

was received by me on *(date)*         04/30/2019         .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                   ; or

☐ I returned the summons unexecuted because                                    ; or

☑ Other *(specify):*   I delivered a true copy of the Summons+ to JIM LAPORTE at 2619 Bretton Road, Wichita
Falls, TX 76308 on May 8, 2019 at 12:58 p.m., by Certified Mail, return-receipt requested.
Certified Mail Number 9414 7266 9904 2132 0675 43

My fees are $                for travel and $                for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      05/23/2019

_____
*Server's signature*

Michael J. Collins Process Server PSC-359, expires 07/31/2020
*Printed name and title*

110 N College Ave #1002
Tyler, TX 75702

_____
*Server's address*

Additional information regarding attempted service, etc:

PS Form 3811 and tracking information are attached
+ and TYSON AND BILLY ARCHITECTS, PC'S ORIGINAL COMPLAINT, having first endorsed the date of delivery
theron.

Add a tracking number

Showing: | All |



9414726699042132067543

**Delivered:**
NORTHVILLE, MI 48167 on
May 8, 2019 at 12:58 pm

---

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

| | A. Signature ☐ Agent ☐ Addressee |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖ 9590 9266 9904 2132 0675 46 | X |
| | B. Received by (Printed Name)     C. Date of Delivery |
| 1. Article Addressed to: Jim Laporte 2619 Bretton Road Whichita Falls,  TX  76308 | D. Is delivery address different from item 1?  ☐ Yes   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type: ☒ Certified Mail ☐ Certified Mail Restricted Delivery  Reference Information |
| 2. Certified Mail (Form 3800) Article Number 9414 7266 9904 2132 0675 43 | C James |

PS Form 3811, Facsimile, July 2015                         Domestic Return Receipt

UPDATED 5/20/2019 10:05 AM

https://m.usps.com/m/TrackConfirmAction                                                    1/1